The order of the Court of Common Pleas is affirmed.[11]

Louis AIELLO, Respondent,

v.

SOUTHEASTERN PENNSYLVANIA TRANSPORTATION AUTHORITY, Petitioner.

Supreme Court of Pennsylvania.

Nov. 3, 1997.

G. Roger Bowers, Joan A. Zubras, Philadelphia, for petitioner.

### *ORDER*

PER CURIAM.

AND NOW, this 3rd day of November, 1997, we **DENY** Petitioner's Petition for Allowance of Appeal, and **GRANT** Respondent's Cross-Petition for Allowance of Appeal **LIMITED** to the issue of whether evidence concerning a plaintiff's HIV infection is admissible to defend against a claim of future damages.